**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § § § § § § § § § § § § § § | |
| **v.** | | **CRIMINAL NO. 1:21-CR-168-RP** |
| **SIDNEY TAYLOR,** | | |
| *Defendant.* | | |

**GOVERNMENT'S NOTICE REGARDING ARMED CAREER CRIMINAL ACT**
**ENHANCEMENT**

Pursuant to *Wooden v. United States*, 142 S. Ct. 1063 (2022), the government hereby concedes that Defendant is not subject to an enhanced sentence pursuant to 18 U.S.C. § 924(e), because Defendant has not admitted that his predicate offenses were committed on occasions different from one another, nor has a jury so found beyond a reasonable doubt.

Consequently, the Court should find that Defendant's total offense level is 13 and that his criminal history category is IV.  *See* PSR ¶¶ 23, 38.  Doing so will yield an advisory Guidelines range of imprisonment of 24–30 months.

*Respectfully submitted*,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

/s/ *Gabriel Cohen*
GABRIEL COHEN
Assistant U.S. Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Office: (512) 916-5858
Fax:    (512) 916-5854

1

*USA v. Sidney Taylor—Armed Career Criminal Act Notice*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing government's notice has been delivered on August 22, 2022 via electronic delivery on the CM/ECF system to all counsel of record.

<u>/s/ *Gabriel Cohen*</u>
GABRIEL COHEN
Assistant U.S. Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Office: (512) 916-5858
Fax:    (512) 916-5854

1

*USA v. Sidney Taylor—Certificate of Service*